IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES NEWMAN,

    Plaintiff,

v.                                    CASE NO.: 1:12cv126-SPM/GRJ

THE CROM CORPORATION,
a Limited Liability Company,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the notice by the mediator that this case has settled (doc. 19) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 30th day of October, 2012.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Senior United States District Judge