IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES NEWMAN,

    Plaintiff,

v.                                            Case No. 1:12-cv-126-SPM-GRJ

THE CROM CORPORATION,
a Limited Liability Company,

    Defendant.

_____/

## O R D E R

In light of the parties' Mediated Settlement Agreement, Doc. 19, and the Court's Order dismissing this case, Doc. 20, Defendant's pending Motion to Compel More Complete Discovery Responses, Doc. 18, is due to be denied as moot.

Upon due consideration, it is **ORDERED**:

(1)     Defendant's Motion to Compel More Complete Discovery Responses (Doc. 18) is **DENIED as moot.**

**DONE AND ORDERED** this 31st day of October, 2012.

                                        *s/ Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge